

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00234-CR

**IN RE** Nieves **REQUENEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Relator filed her petition for writ of mandamus on April 10, 2025. Respondent filed a response on May 9, 2025, and relator filed her reply on May 15, 2025. Having reviewed the pleadings, the record, and applicable law, this court has determined that Relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 18, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CC003760, styled *The State of Texas v. Nieves Micaela Requenez*, pending in the County Court at Law No. 12, Bexar County, Texas, the Honorable Yolanda T. Huff presiding.